**Order entered February 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01274-CV

**SINIDU NEGASH, Appellant**

**V.**

**CLAUDIA BURNS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01125-2013**

## ORDER

Before the Court is appellee's January 26, 2015 motion for substitution of counsel. We

**GRANT** appellee's motion. John W. Stillwell is substituted for Scott Whitcomb as lead counsel

of record for appellee, Claudia Burns.

The Clerk of the Court shall direct all correspondence to John W. Stillwell, Law Office of

John Stilwell, 6213 Chapel Hill, Suite B, Plano, Texas 75093.

/s/     DAVID J. SCHENCK
        JUSTICE